**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHARLES McCOY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | 5:07-CV-478 (HL) |
| | : | |
| **STATE FARM FIRE AND CASUALTY CO.,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Pursuant to a telephone conference held June 19, 2008, counsel for the Georgia Department of Human Resources, Division of Family and Children Services submitted to the Court a proposed protective order. The Court has adopted the protective order, which contains an individual's social security number. To ensure the protection of this person's privacy, the Court hereby orders that the June 23, 2008 Protective Order be filed under seal in accordance with Local Rule 5.4(c).

**SO ORDERED**, this the 23rd day of June, 2008.

                                      *s/ Hugh Lawson*
                                      **HUGH LAWSON, Judge**

tch